### SCHWEIZER et al. v. HICKOK et al.

(Supreme Court, Appellate Division, Second Department. April 11, 1913.)

USURY (§ 56\*)—ACTS CONSTITUTING.

    The defense of usury interposed in a suit to foreclose a mortgage is not available, where the attorney representing the mortgagee deducted $400 from the $2,000 loaned, but no part thereof was returned to the mortgagee.

    [Ed. Note.—For other cases, see Usury, Cent. Dig. §§ 122–127; Dec. Dig. § 56.\*]

Appeal from Special Term, Westchester County.

Action by William Schweizer and another against William P. Hickok and others. From a judgment for plaintiffs, defendant named appeals. Affirmed.

See, also, 152 App. Div. 891, 136 N. Y. Supp. 1147.

Argued before BURR, THOMAS, CARR, RICH, and STAPLETON, JJ.

Isaac N. Miller, of New York City, for appellant.
Edwin G. Davis, of New York City, for respondents.

RICH, J. This appeal is from a judgment in favor of the plaintiffs in an action brought to foreclose a mortgage given by defendant William P. Hickok to plaintiffs to secure the payment of $2,000.

The defense of usury is interposed, and while the record discloses that the attorney who represented the plaintiffs took advantage of defendant's necessity to the extent of deducting $400 from the $2,000 loaned, there is no evidence that any part of this sum was returned

to the mortgagees; in fact, it appears that none was returned. Under the circumstances, we must affirm the judgment; but it will be without costs.

Judgment affirmed, without costs. All concur.